Manuel D. Serpa, CA State Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, PC
770 The City Drive South, Suite 2000
Orange, CA  92868
Phone :     (714) 564-8644
Fax    :     (714) 940-0311
Email:      manuel.serpa@binderlawfirm.com

Attorneys for Plaintiff
CHRISTIAN P. BUTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN P. BUTLER,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 3:14-CV-02050-LB<br><br>STIPULATION FOR AWARD OF EAJA FEES |

      IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND SEVEN HUNDRED EIGHTY NINE dollars and 51/100's ($4,789.51) plus costs in the amount of FOUR HUNDRED dollars and 00/100's ($400.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

attorney. Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Manuel D. Serpa, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

Respectfully submitted,

DATED: May 5, 2015

LAW OFFICES OF HARRY J. BINDER AND
CHARLES E. BINDER, P.C.

*/s/ Manuel D. Serpa*
MANUEL D. SERPA
Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: May 5, 2015 | MELINDA L. HAAG |
| 2 | | United States Attorney |
| | | DONNA L. CALVERT |
| 3 | | Regional Chief Counsel, Region IX   Social |
| 4 | | Security Administration |
| 5 | | /s/ * Marla K. Letellier |
| | | MARLA K. LETELLIER |
| 6 | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |
| 7 | | |
| 8 | | [*By email authorization on May 5, 2015] |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 5/02/2015

HON. LAUREL BEELER
United States Magistrate Judge